United States District Court
Southern District of Texas
FILED

MAR 1 9 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. M-15-30002-M |
| § | (M-15-0088-M) |
| DANIEL BARRERA, JR. § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about January 4, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DANIEL BARRERA, JR.**

knowingly and intentionally conspire and agree with other persons known and unknown to the United States Attorney, to bring and attempt to bring aliens to the United States, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to such alien.

In violation of Title 8, United States Code, Sections 1324(a)(2)(A) and Title 18, United States Code, section 371.

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
LEO J. LEO, III
Assistant United States Attorney